

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

NOV 18 1998

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| IN RE: | § | |
| | § | MISCELLENOUS B-98-029 |
| GRAND JURY | § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW James H. DeAtley, United States Attorney in the Southern District of Texas, and shows to the Court that Maria De Lourdes Martinez Ruiz (#82325079), now duly confined in the Victoria County Jail, Victoria, Texas, is a witness in a matter being investigated by the Federal Grand Jury for the Southern District of Texas, Brownsville Division, at the United States District Courthouse in Brownsville, Texas, on the 8th day of December, 1998, at 8:00 a.m.

Petitioner further represents that the Sheriff, Victoria County Jail, Victoria, Texas, will release the above-named prisoner into the custody of the United States Marshal for the Southern District of Texas, upon this Writ, with the agreement and understanding that after the prisoner has testified before the Grand Jury and has been duly discharged by the Court, to return said witness, under safe and secure conduct, to the custody of the Sheriff, Victoria County Jail, Victoria, Texas, where the above-named prisoner is now duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Testificandum, directing the United States Marshal to produce the body of the said Maria De Lourdes Martinez Ruiz before the Grand Jury on the 8th day of December, 1998.

JAMES H. DeATLEY
UNITED STATES ATTORNEY

_____
Assistant United States Attorney