2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE: § MISCELLANEOUS
§ B-98-29
GRAND JURY §
§

ORDER

United States District Court
Southern District of Texas
ENTERED
NOV 20 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk 

TO THE CLERK OF THE UNITED STATES

DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

You are directed and ORDERED to issue a Writ of Habeas Corpus Ad Testificandum as

prayed for in the Petition set out above.

Done at Brownsville, Texas, this 19TH day of November, 1998.

_____
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com